VRP:cdp
File No. 2002Z00447

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| V. | : Civil Action No. 02-CV-2812 |
| STEPHEN C. ROGERS, | : |
| Defendant. | : |

## PRAECIPE FOR ALIAS SUMMONS

**TO THE CLERK**
**United States District Court**
**Eastern District of Pennsylvania**

Please issue an Alias Summons for defendant, **STEPHEN C. ROGERS,** as Defendant has failed to respond to Summons and Complaint previously served.

PATRICK L. MEEHAN
United States Attorney

_____
LINDA SHAFER BOCCHINO
Assistant United States Attorney

Date: _____