IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN C. ROGERS<br>　　　　Defendant. | :<br>:<br>:<br>:  CIVIL ACTION NO. 02-2812<br>:<br>:<br>:<br>: |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1)(i)**
_____

TO:   Michael E. Kunz, Clerk
　　　United States District Court
　　　Eastern District of Pennsylvania

　　　Petitioner, United States of America, hereby dismisses the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). No answer or other responsive pleading has been filed in this matter.

　　　　　　　　　　　　　　　　　Submitted by:

　　　　　　　　　　　　　　　　　PATRICK L. MEEHAN
　　　　　　　　　　　　　　　　　United States Attorney



　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LINDA SHAFER BOCCHINO
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: January 30, 2003

CERTIFICATE OF SERVICE

    I, Linda Shafer Bocchino, Assistant United States Attorney, hereby certifies that I caused a true and correct copy of the within Notice of Voluntary Dismissal, to be served this day, by First Class mail, prepared, upon:

> Mr. Stephen C. Rogers
> 8214 Frankford Avenue
> Apartment 14
> Philadelphia, PA 19136

By: _____
LINDA SHAFER BOCCHINO

DATED: January 30, 2003